UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANGELA FLORES, individually and on behalf of other similarly situated current and former employees,<br><br>        Plaintiff,<br><br>  v.<br><br>DART CONTAINER CORPORATION, a Nevada corporation; DART CONTAINER CORPORATION OF CALIFORNIA, a Michigan corporation; and DOES 1-100, inclusive,<br><br>        Defendants. | NO. 2:19-cv-00083-WBS-EFB |

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for May 28, 2019, and makes the following findings and orders without needing to consult with the parties any further.

## I. SERVICE OF PROCESS

All defendants have been served, and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

## II. JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to pleadings will be permitted except with leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

## III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C § 1332(d), because the defendant resides in a different state than at least one member of the proposed class, and the amount in controversy exceeds $5,000,000. This court has supplemental jurisdiction, 28 U.S.C § 1367, over plaintiff's third cause of action because it arises out of the same controversy. Venue is undisputed and hereby found to be proper.

## IV. DISCOVERY

The parties agree to serve the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) on or before June 7, 2019.

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 26, 2020. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil

Procedure 26(a)(2) on or before April 27, 2020.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so conducted as to be completed by May 26, 2020. The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relevant to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than May 26, 2020.

V. MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before July 14, 2020. All motions shall be noticed for the next available hearing date. Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI. FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for September 28, 2020, at 1:30 p.m. in Courtroom No. 5. The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for

```
 1  oral testimony.  Counsel shall file separate pretrial statements,
 2  and are referred to Local Rules 281 and 282 relating to the
 3  contents of and time for filing those statements.  In addition to
 4  those subjects listed in Local Rule 281(b), the parties are to
 5  provide the court with: (1) a plain, concise statement which
 6  identifies every non-discovery motion which has been made to the
 7  court, and its resolution; (2) a list of the remaining claims as
 8  against each defendant; and (3) the estimated number of trial
 9  days.
10          In providing the plain, concise statements of
11  undisputed facts and disputed factual issues contemplated by
12  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
13  that remain at issue, and any remaining affirmatively pled
14  defenses thereto.  If the case is to be tried to a jury, the
15  parties shall also prepare a succinct statement of the case,
16  which is appropriate for the court to read to the jury.
```

VII. TRIAL SETTING

         A jury trial is set for November 17, 2020 at 9:00 a.m.
The parties agree that it is premature to estimate the potential
length of the trial because they are unsure whether this will be
a class action, PAGA representative action, or individual action.

VIII.    SETTLEMENT CONFERENCE

         A Settlement Conference will be set at the time of the
Pretrial Conference.  All parties should be prepared to advise
the court whether they will stipulate to the trial judge acting
as settlement judge and waive disqualification by virtue thereof.
         Counsel are instructed to have a principal with full
settlement authority present at the Settlement Conference or to

be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS SO ORDERED.

Dated:  May 21, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE