# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANGELA FLORES, individually and on behalf of other similarly situated current and former employees,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DART CONTAINER CORPORATION, a Nevada corporation; DART CONTAINER CORPORATION OF CALIFORNIA, a Michigan corporation; and DOES 1-100, inclusive,**<br><br>**Defendants.** | Case No. 2:19-cv-00083-WBS-EFB<br><br>**ORDER MODIFYING SCHEDULING ORDER** |

Upon review of the parties' *Amended* Stipulation and Joint Request To Modify Scheduling Order for Good Cause (the "Stipulation"), and pursuant to Fed. R. Civ. Proc. Rules 16(b), the Court hereby makes the following determinations and orders:

1. There is good cause to modify the Status (Pretrial Scheduling) Order issued May 22, 2019 [Doc. # 10] as a result of COVID-19 and related shelter-in-place orders issued as a result.

2. The Scheduling Order is hereby modified as follows:

| Deadline/Event | Current Date | Modified Date |
|---|---|---|
| Expert Disclosure Deadline | April 27, 2020 | August 10, 2020 |
| Fact Discovery | May 26, 2020 | August 10, 2020 |

Order

|  |  |  |
|---|---|---|
| Completion Date |  |  |
| Motion Filing Deadline | July 14, 2020 | August 31, 2020 |
| Final Pretrial Conference | September 28, 2020 | December 7, 2020 at 1:30 p.m. |
| Trial Date | November 17, 2020 | February 23, 2021 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 1, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order