# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA FLORES, individually and on behalf of other similarly situated current and former employees,<br><br>            Plaintiffs,<br><br>v.<br><br>DART CONTAINER CORPORATION, a Nevada corporation; DART CONTAINER CORPORATION OF CALIFORNIA, a Michigan corporation; and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-00083-WBS-EFB<br><br>ORDER MODIFYING SCHEDULING ORDER |

Upon review of the parties' Stipulation and Joint Request To Further Modify Scheduling Order for Good Cause (the "Second Stipulation"), and pursuant to Fed. R. Civ. Proc. Rules 16(b), the Court hereby makes the following determinations and orders:

1.     There is good cause to further modify the Status (Pretrial Scheduling) Order issued May 22, 2019 [Doc. # 10] and modified May 1, 2020 [Doc. # 27] because 1) the pleadings in this matter were only recently settled in May/June, 2020, 2) the Parties have not yet completed necessary discovery due to the previously unsettled nature of the pleadings and because of restrictions in place as a result of COVID-19,

Order

and 3) the Parties wish to engage in private mediation, which they have scheduled for August 31, 2020, and which, if successful, may obviate the need for contested motions and/or trial in this matter.

    2.    The Scheduling Order is hereby further modified as follows:

| Deadline/Event | Current (Modified) Date | Further Modified Date |
|---|---|---|
| Expert Disclosure Deadline | August 10, 2020 | November 9, 2020 |
| Fact Discovery Completion Date | August 10, 2020 | November 9, 2020 |
| Motion Filing Deadline | August 31, 2020 | November 20, 2020 |
| Final Pretrial Conference | December 7, 2020 at 1:30 p.m. | March 29, 2021 at 1:30 p.m. |
| Trial Date | February 23, 2021 at 9:00 a.m. | May 11, 2021 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  July 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order